TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00246-CR

Michael William Angeles, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BEXAR COUNTY, 290TH JUDICIAL DISTRICT

NO. 93CR2676W, HONORABLE SHARON MACRAE, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Appellant's Motion

Filed: June 4, 1999

Do Not Publish